IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MARGARET BRASHEAR,** )<br>    **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**COMMISSIONER OF THE SOCIAL** )<br>**SECURITY ADMINISTRATION,** )<br>    **Defendant.** ) | **Civil Action No.**<br>**3:05-CV-1844-H** |

**O R D E R**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court holds that the findings and conclusions of the Magistrate Judge are correct. No objection has been filed; and the time for making such objection has expired.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge, filed July 31, 2006, are hereby **ADOPTED** as the decision of the Court.

SIGNED this 23rd day of August, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS